# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENOC RIVASGUTIERREZ,<br><br>Defendant. | Case No. 1:24-po-00163-SAB<br><br>ORDER RE REFUND OF OVERPAYMENT<br><br>(ECF No. 12) |

On November 6, 2024, a citation was issued to Defendant Enoc Rivasgutierrez for violation of a federal regulation. Defendant was ordered to pay $380. (ECF No. 5.) The Central Violations Bureau received payment from Defendant in the amount of $380.00 by February 20, 2025. (ECF Nos. 8, 9, 10.) The parties confirmed at a February 20, 2025 status conference that Defendant had made payment in full. However, on August 3, 2025, the Central Violations Bureau received an additional payment from Mr. Rivasgutierrez in the amount of $30.00.

As no payment was due to the Central Violations Bureau, IT IS HEREBY ORDERED that Enoc Rivasgutierrez be refunded in the amount of $30.00.

IT IS SO ORDERED.

Dated: **August 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1